UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL D. WOODY,

    Plaintiff,

  v.

E. ARNOLD,

    Defendant.

Case No. 15-cv-04777-JST (PR)

**ORDER OF DISMISSAL**

In a notice dated October 15, 2015 the Clerk of the Court directed plaintiff to complete a civil rights complaint form and an in forma pauperis (IFP) application, and told him that he must complete these documents within twenty-eight days or his action would be dismissed. The Clerk sent plaintiff a blank civil rights complaint form as well as a prisoner's IFP application. On November 16, 2015, plaintiff filed a motion for extension of time to file the required documents. Plaintiff proceeded to file his IFP application on November 18, 2015. Following an extension of time, plaintiff's complaint form was due by December 21, 2015. To date, plaintiff has not filed the required document.

Accordingly, the instant action is DISMISSED without prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: January 11, 2016

                                                      JON S. TIGAR
United States District Judge