UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. WOODY,<br>　　　　Plaintiff,<br>　　v.<br>E. ARNOLD,<br>　　　　Defendant. | Case No. 15-cv-04777-JST (PR)<br><br>**ORDER REOPENING ACTION AND OF TRANSFER**<br>Re: Dkt. No. 9 |

　　　　This action was opened on October 15, 2015, when the Court received from inmate Michael D. Woody a letter directed to the Honorable Thelton E. Henderson that concerned prison conditions.

　　　　On the same date, the Clerk of the Court directed Plaintiff to complete a civil rights complaint form and an in forma pauperis (IFP) application, and told him that he must complete these documents within twenty-eight days or his action would be dismissed. The Clerk sent Plaintiff a blank civil rights complaint form as well as a prisoner's IFP application.

　　　　On November 18, 2015, Plaintiff filed an IFP application.

　　　　On November 23, 2015, the Court granted Plaintiff an extension of time to December 21, 2015 to file a civil rights complaint form.

　　　　On January 12, 2016, the Court dismissed the action on the grounds that Plaintiff had still not filed a complaint form.

　　　　On January 21, 2016, Plaintiff filed a request to reopen the action on the grounds that he has mobility and mental health impairments that make it difficult for him to complete his complaint in this action. Good cause appearing, the Court REOPENS this action.

　　　　Further review of Plaintiff's case, however, reveals that he has initiated his civil action in

the wrong judicial district. Plaintiff's complaints relates to conditions of confinement at California State Prison–Solano (CSP-SOL) in Vacaville, California, where he is incarcerated. He alleges that he has received inadequate treatment for his chronic pain in that he has been denied pain medication due to his history of substance abuse.

It therefore appears that the acts complained of occurred at CSP-SOL, which is located in Solano County in the Eastern District of California. Venue, therefore, properly lies in the Eastern District and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.

If he wishes to further pursue this action, Plaintiff must complete the complaint form and in forma pauperis application required by the United States District Court for the Eastern District of California and mail them to that district.

The Clerk is directed to reopen this action, terminate any pending motions, and transfer the case forthwith.

IT IS SO ORDERED.

Dated: January 27, 2016

_____
JON S. TIGAR
United States District Judge